STATE OF NEW JERSEY v. DONALD RICH.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD RIDGEWAY.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A. H.

January 14, 1975. Petition for certification denied.

DIANE S. LIND v. JOHN SCHMID,
t/a DUTCHMAN'S RESTAURANT.

January 14, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. ROGER CLARKE.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE LEE WALKER.

January 14, 1975. Petition for certification denied.